UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS-CHAVELA,<br><br>Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY CIRCUIT COURT OF THE STATE OF OREGON | CASE NO. **2:22-cv-00854-JLR**<br><br>**ORDER TRANSFERRING CASE TO THE DISTRICT OF OREGON AND CLOSING MATTER** |

Plaintiff filed a "Complaint for Civil Case Alleging The Defendant Owes The Plaintiff a Sum of Money" and also submitted an application to proceed *in forma pauperis*. (Compl. (Dkt. # 1-1); IFP Mot. (Dkt. # 1).) The complaint names a County Circuit Court located in the State of Oregon as Defendant and alleges that court claims Plaintiff owes the Circuit Court money "when in legal fact they owe me money." (*See* Compl. at 1-2, 4.) In support, Plaintiff attached a "Notice of Entry of Judgment" entered by the Circuit Court of the State of Oregon for the County of Multnomah. (*See id.* at 10.) The notice states: "The Court entered a Supplemental Judgment on 5/24/2022 in the court register for deferred court fines and fees. This judgment creates a lien. Judgment Amount: $147.00. Judgment Creditor: State of Oregon. Judgment Debtor: Susan Marcos-Chavela." (*Id.*)

1   Because the complaint alleges the Defendant is a Circuit Court in Oregon, and that the
2   acts complained of occurred in the State of Oregon, venue properly lies with the District of
3   Oregon if Plaintiff intends to pursue relief in a federal court.  *See* 28 U.S.C. § 1391(b)(1), (b)(2).
4   The Western District of Washington is clearly the wrong federal district in which to file this
5   complaint. When a complaint is filed in the wrong district, the Court shall either dismiss it, or in
6   the interest of justice, transfer the matter to the proper district.  28 U.S.C. § 1406(a).

7   In the interest of justice, the court transfers the case so the court in the District of Oregon
8   can screen the case under its own requirements and determine whether *in forma pauperis* status
9   should be granted.

10  The court accordingly **ORDERS: (1)** this case is **TRANSFERRED** to the United States
11  District Court for the District of Oregon; **(2)** the Clerk shall take the steps necessary to transfer
12  this case and to close the case in this district following transfer; **(3)** copies of this order shall be
13  provided to Plaintiff; **(4)** and the case should be closed in this district.

14  DATED this 23rd day of June, 2022.

JAMES L. ROBART
United States District Judge

ORDER TRANSFERRING CASE TO THE
DISTRICT OF OREGON AND CLOSING
MATTER - 2